

June 22, 2020

**Martin S. Bloor**
Direct Phone 212-883-4941
Direct Fax 646-880-3656
mbloor@cozen.com

**VIA ECF**

The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

Re:   USA v. Nana Sarpong, No. 1:04-cr-01106-05-LTS

Dear Judge Swain:

This firm has recently been engaged on a *pro bono* basis to represent Nana Sarpong, who is currently serving a period of incarceration in connection with the above captioned matter.  We are currently evaluating a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Given the age of this case, we are having difficulty locating some key documents necessary to our assessment, in particular a copy of Mr. Sarpong's Presentence Investigation Report, which your honor directed the U.S. Probation Department ("Probation Department") prepare by order dated October 10, 2006, and the Supplemental Presentence Report, received by the Court on April 8, 2015 [ECF 146] in connection with Mr. Sarpong's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (together, "PSRs").

We respectfully request an order directing the Probation Department to provide copies of the PSRs to counsel to assist in our representation of Mr. Sarpong.  We have reached out to the government concerning this request, but have not heard back by time of filing.

Thank you for your attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:   Martin S. Bloor

The Probation Department is directed to provide copies of the referenced PSR and Supplement to Mr. Bloor.

SO ORDERED.
6/22/2020
/s/ Laura Taylor Swain, USDJ

LEGAL\47142934\1

277 Park Avenue New York, NY 10172
212.883.4900    888.864.3013    212.986.0604 Fax    cozen.com