UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                           No.  04 CR 1106-LTS

NANA SARPONG,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Docket Entry No. 162.)  The Government must file its written response to the forgoing motion by **August 28, 2020**.  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply, which must state whether the defendant, after consultation with counsel, consents to waive his appearance for a telephonic hearing to be conducted by the Court with counsel, must be filed by **September 4, 2020**.

Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must email unredacted copies of any redacted filings to Chambers and deliver unredacted copies to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, along with a copy of this Order.

     SO ORDERED.

Dated: New York, New York
       August 14, 2020

                                                             _/s/ Laura Taylor Swain_
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge