**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
UNITED STATES OF AMERICA          :   Case No. 04-CR-1106 (LTS)
                                  :
                                  :
                                  :
          v.                      :
                                  :
NANA SARPONG                      :
                                  :
                    Defendant.    :
---------------------------------------------------------------------- X

# ORDER

Upon review of the Motion to Seal by Defendant Nana Sarpong, and for the reasons stated in said motion, it is hereby ORDERED this 14th day of   August  , 2020, Exhibit C to Martin S. Bloor's Affirmation in support of Defendant's Emergency Motion for Compassionate Release be sealed.

Dated: August 14, 2020

                                                           /s/ Laura Taylor Swain
                                                        The Honorable Laura Taylor Swain
                                                        United States District Judge